IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE L. KHANNA,<br>Plaintiff, | :<br>:<br>: CIVIL ACTION NO. 3:12-cv-2058 |
| v. | :<br>: (JUDGE NEALON) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Defendant | : (MAGISTRATE JUDGE COHN)<br>:<br>: |

## ORDER

**NOW**, this 5th day of DECEMBER, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 15), is **NOT ADOPTED**;

2. Plaintiff's objections, (Doc. 16), are **SUSTAINED**;

3. Plaintiff's appeal from the Commissioner's decision is **GRANTED**;

4. The decision of the Commissioner of Social Security denying Plaintiff supplemental security income is **VACATED**;

5. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

6. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON

DEC - 5 2014

PER _____
DEPUTY CLERK